THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF HARMONY, Appellant, *v.* PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, et al., Respondents.

*People ex rel. Town of Harmony* v. *Public Service Commission,* 187 App. Div. 962, affirmed.

(Argued September 30, 1919; decided October 14, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 4, 1919, which confirmed, on certiorari, an order of the public service commission of the state of New York, second district, denying an application for an order directing the Erie Railroad Company to repair certain bridges over its right of way.

*Harlan L. Munson* for appellant.

*Marion B. Pierce* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ. Dissenting: CHASE and HOGAN, JJ.